IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN NELSON, :
:
     Petitioner :
:
   v. : CIVIL NO. 4:CV-15-1674
:
WARDEN EBBERT, : (Judge Brann)
:
     Respondent :

# ORDER

May 12, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1